```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 33828
    RAYMOND L BAKER
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-9070


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 09/13/2004 and was confirmed 10/28/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/19/2006.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
COOK COUNTY TREASURER     SECURED           2880.99           .00        1822.31
SELECT PORTFOLIO SERVICI  CURRENT MORTG    16347.63           .00       16347.63
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE        .00            .00            .00
INTERNAL REVENUE SERVICE  SECURED          18738.00           .00       11832.90
ASSISTANT STATE ATTORNEY  NOTICE ONLY     NOT FILED           .00            .00
WFS FINANCIAL             SECURED            236.61        228.84         236.61
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED         1365.00           .00            .00
CITY OF CHICAGO PARKING   NOTICE ONLY     NOT FILED           .00            .00
HOUSEHOLD BANK            UNSECURED       NOT FILED           .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED         2335.93           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED           .00            .00
KOHLS DEPARTMENT STORES   UNSECURED       NOT FILED           .00            .00
KOHLS                     NOTICE ONLY     NOT FILED           .00            .00
OUR LADY OF RESURRECTION  UNSECURED       NOT FILED           .00            .00
PEDIA GROUP               UNSECURED          104.00           .00            .00
PROVIDIAN                 UNSECURED       NOT FILED           .00            .00
TCF BANK                  UNSECURED       NOT FILED           .00            .00
US ONCOLOGY               UNSECURED       NOT FILED           .00            .00
USPS DISBURSING OFFICER   UNSECURED       NOT FILED           .00            .00
VILLAGE OF OAK PARK       UNSECURED       NOT FILED           .00            .00
THOMAS HOLSTEIN           NOTICE ONLY     NOT FILED           .00            .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY     NOT FILED           .00            .00
RISK MANAGEMENT ALTERNAT  UNSECURED          782.21           .00            .00
WFS FINANCIAL             UNSECURED         5388.30           .00         367.19
THOMAS HOLSTEIN           DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                       1,735.52
DEBTOR REFUND             REFUND                                             .00


    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS

               PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 04 B 33828 RAYMOND L BAKER
```

```
--------------------------------------------------------------------------
TRUSTEE                                   32,571.00

PRIORITY                                                           .00
SECURED                                                      30,239.45
    INTEREST                                                    228.84
UNSECURED                                                       367.19
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                          1,735.52
DEBTOR REFUND                                                      .00
                                        ---------------  ---------------
TOTALS                                    32,571.00          32,571.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
     Dated: 01/29/07                  _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 33828 RAYMOND L BAKER